IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NEIL J. GILLESPIE, AS CO-TRUSTEE
OF THE GILLESPIE FAMILY LIVING TRUST
AGREEMENT DATED FEBRUARY 10, 1997,

      Appellant,

v.

                                  Case No.  5D20-383
                                  LT Case No. 2013-CA-0115

REVERSE MORTGAGE SOLUTIONS, INC.,
FEDERAL NATIONAL MORTGAGE ASSOC.,
AND OAK RUN HOMEOWNERS ASSOCIATION, INC.,

      Appellees.
_____/

Decision filed July 26, 2022

Nonfinal Appeal from the Circuit Court
for Marion County,
Ann Melinda Craggs, Judge.

Neil J. Gillespie, Ocala, pro se.

Curtis A. Wilson, of McCalla Raymer
Leibert Pierce, LLC, Orlando, for
Appellees.

PER CURIAM.

     AFFIRMED.


WALLIS, EISNAUGLE and HARRIS, JJ., concur.